TAYLOR v. GARRETT

No. 52 PC.

Case below:  7 N.C. App. 473.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 12 May 1970.

THARPE v. BREWER

No. 47 PC.

Case below:  7 N.C. App. 432.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 12 May 1970.